

**SQUIRE◯**
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

O   +1 213 624 2500
F   +1 213 623 4581
squirepattonboggs.com

Gabriel Colwell
T   +1 213 689 5126
gabriel.colwell@squirepb.com

December 21, 2015

**VIA ECF & FEDERAL EXPRESS**

The Honorable Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312
(212) 805-0254

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-16
```

**Re: Securities and Exchange Commission v. Luo, 1:15-cv-4867-RWS**
   **Joint Request for an Order Extending Time to Respond to Complaint**

Dear Judge Sweet:

The Securities and Exchange Commission ("SEC") and Haijian Luo respectfully request that the Court enter an order extending the current deadline to respond to the complaint in this matter from January 20, 2016 to February 22, 2016. The parties have conferred as to Mr. Luo seeking dismissal of the current complaint under Fed. R. Civ. P. 12(b)(6) and 9(b). The parties agree that, in the interest of judicial economy, an extension of the current deadline would be appropriate to allow the parties to continue their on-going efforts to negotiate a resolution to this matter without the need for further litigation and have stipulated and agreed to the requested extension of time to respond to the complaint. Three prior extensions have been granted.

Respectfully submitted,

*So ordered*
*Sweet USDJ*
*1-7-16*

By: /s/Gabriel Colwell

Gabriel Colwell (*pro hac vice*)
Counsel for Defendant
Squire Patton Boggs (US) LLP
555 S. Flower Street, Suite 3100
Los Angeles, California 90071
(213) 689-5126
Gabriel.colwell@squirepb.com

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8173-7355/1/AMERICAS

Squire Patton Boggs (US) LLP

**VIA ECF & FIRST CLASS MAIL**

The Honorable Robert W. Sweet
December 17, 2015

 

Corrine A. Irish
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd fl
New York, NY 10112
(212) 872-9832
Corrine.irish@squirepb.com

By:__/s/ Todd D. Brody_____

Todd D. Brody
Melanie MacLean
Counsel for Plaintiff
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-0080
BrodyT@sec.gov