UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 15 Civ. 4867 |
| Plaintiff, | ECF CASE |
| - against - | |
| HAIJIAN LUO, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of the Plaintiff United States Securities and Exchange Commission ("SEC") against Defendant Haijian Luo ("Luo") be dismissed in their entirety, without prejudice, each party to bear its own costs, including attorneys' fees. The SEC further agrees that the temporary restraining order freezing certain of Luo's assets and other relief, which was extended on consent by orders dated July 23, 2015, September 14, 2015, October 22, 2015, and January 12, 2016 should be lifted by the Court as part of the above-referenced dismissal of this action.

SEEN AND AGREED

/s/ _____
Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission
Brookfield Place, 200 Vesey Street
New York, NY 10281

SEEN AND AGREED

/s/ _____
Gabriel Colwell
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Attorney for Defendant Haijian Luo